UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH HURLEY, and<br>KAREN G. AND STEPHEN WRIGHT,<br>d/b/a WRIGHT WINE WORKS,<br><br>   *Plaintiffs*,<br><br>   vs.<br><br>RUTH ANN MINNER, Governor,<br>M. JANE BRADY, Attorney General,<br>and JOHN CORDERY, Control Commissioner of<br>the Office of the Division of Alcoholic Beverage,<br>   *Defendants*. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05 826 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

  Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Robert D. Epstein to represent Plaintiffs in this matter.

Signed: _____
James R. Folsom (Delaware Attorney No. 2739)
Attorney at Law
1215 North King Street
Wilmington, DE 19801
Tel: 302-658-8982
Fax: 302-658-8987
delawareattorney@aol.com

*Attorney for Plaintiffs*

Date: 12/16/2005


**ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
              United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good stand as a member of the Bar of Indiana and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's office upon the filing of this motion.

Signed: _[signature]_

Date: 12-16-05

Robert D. Epstein ( Indiana Attorney No. 6726-49)
EPSTEIN COHEN DONAHOE & MENDES
50 S. Meridian St., Suite 505
Indianapolis, IN   46204
Tel: 317-639-1326
Fax: 317-638-9891
rdepstein@aol.com