UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JOSEPH HURLEY, et al.            )
                                 )
        *Plaintiffs*,             )        1:05-cv-826-SLR
                                 )
        vs.                      )
                                 )
RUTH ANN MINNER, et al.          )
                                 )
        *Defendants*.            )

MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5, and the attached certification, counsel moves the admission pro hac vice of James A. Tanford to represent Plaintiffs in this matter. The undersigned will be associated as local counsel.

January 6, 2006                  Respectfully submitted,

                                 _____
                                 James R. Folsom (Del. Atty no. 2739)
                                 1215 King St.
                                 Wilmington DE 19801
                                 Tel. (302) 658-8982
                                 Fax (302) 658-8987
                                 delawareattorney@aol.com

ORDER GRANTING MOTION

It is hereby ORDERED that the motion to admit James A. Tanford pro hac vice in this matter is GRANTED.

This the ___ day of _____, 2006.        _____
                                                  U.S. District Judge

1

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bar of Indiana. I am not a member of the Delaware bar, nor do I reside or practice in Delaware. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I further certify that I have read and am familiar with the Local Rules of this Court. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk's office upon the filing of this motion.

Dated: January 5, 2006.

_____
James A. Tanford (IN Attorney No. 16982-53)
Indiana University School of Law
211 South Indiana Avenue
Bloomington, IN  47405
Tel: 812-855-4846
Fax: 812-855-0555
tanford@indiana.edu