


# State of Delaware
## The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware: [   ] Go     Citizen Services | Business Services | '

**Delaware General Assembly**

Home
**Bill Tracking**
Senate
  Agenda
  Ready List
  Meeting Notices
House
  Agenda
  Ready List
  Meeting Notices
  Journal
  Roll Call
All Legislation
Current Day's Action
Recent Legislation
Signed Legislation
Calendar
Reports:
  By Sponsor
  By Status
  By Date Introduced
  By Date Signed
Archives
Contact Info
House
Joint Committees
Legislative Divisions
Legislative Info
Meeting Schedules
Online Publications
Regulations
Schedule
Senate
Virtual Tour
Who's my Legislator

Bill Search:

 **Back**

## 143rd General Assembly
### *House Bill # 336*

| | | |
|---|---|---|
| **Primary Sponsor:** | Spence | **Additional Sponsor(s):** Rep. Hudson & Sen. DeLuca |
| **CoSponsors:** | Reps. Buckworth, Miro, VanSant, Ennis, Johnson & Sen. Still | |
| **Introduced on:** | 01/19/2006 | |
| **Long Title:** | AN ACT TO AMEND TITLE 4 OF THE DELAWARE CODE RELATED TO FARM WINERIES. | |
| **Synopsis:** | This Bill would require that Delaware Farm Wineries sell their product to wholesalers for distribution to retailers as all other manufacturers or suppliers are required to do. □ | |
| **Current Status:** | House House Administration Committee On 01/19/2006 | |
| **Full text of Legislation: (in HTML format)** | **Legis.html** | |
| **Full text of Legislation: (in MS Word format)** | **Legis.Doc** (You need Microsoft Word to see this document.) | |

**Actions History:**

Jan 19, 2006 - Introduced in House and assigned to House Administration Committee



SPONSOR: Rep. Spence & Rep. Hudson & Sen. DeLuca;
Reps. Buckworth, Miro, VanSant, Ennis, Johnson & Sen. Still

HOUSE OF REPRESENTATIVES

143rd GENERAL ASSEMBLY

HOUSE BILL NO. 336

AN ACT TO AMEND TITLE 4 OF THE DELAWARE CODE RELATED TO FARM WINERIES.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF DELAWARE:

1　　　　Section 1. Amend Title 4 of the Delaware Code, § 512A(a) by deleting the following words from said subsection: "or to
2　　purchase wine for the purpose of resale"."

### SYNOPSIS

　　　This Bill would require that Delaware Farm Wineries sell their product to wholesalers for distribution to retailers as all other manufacturers or suppliers are required to do.

HR : TLL : MB
2771430069

Released: 01/18/2006 05:06 PM