1 Terry Goddard
Attorney General
2 Christopher A. Munns, Bar. No. 022611
Assistant Attorney General
3 State Of Arizona Office Of Attorney General
1275 West Washington
4 Phoenix, Arizona 85007-2997
5 Tel.: (602) 542-7997
Fax: (602) 364-3202
6
Attorneys for Defendant
7 Leesa Berens Morrison

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| BLACK STAR FARMS, L.L.C., JOHN NORTON, GARY FRISCH, MICHELLE FRISCH, DAVID MONHEIT, AND MELISSA MONHEIT, <br><br>Plaintiffs,<br><br>vs.<br><br>LEESA BERENS MORRISON, in her official capacity as Director of the State of Arizona Department of Liquor Licenses and Control,<br><br>Defendant,<br><br>and<br><br>ALLIANCE BEVERAGE DISTRIBUTING COMPANY, LLC,<br><br>Intervenor-Defendant. | Case No. CV-05-2620-PHX-MHM<br><br>STIPULATION |

Counsel having conferred and having agreed that a short stay of this proceeding would be reasonable and appropriate to await the Arizona Legislature's action concerning pending legislation, which may render this matter (or a substantial portion of it) moot, thus

furthering judicial efficiency and conserving the parties' resources, it is hereby stipulated and agreed as follows:

1. All proceedings, including the filing of the motions and cross-motions described in the Court's January 4, 2006 Order (the "January 4th Order") shall be stayed until May 1, 2006.

2. During the period of this stay, the State Defendant shall submit a monthly status report to the Court with respect to the Legislature's action on the relevant bills regarding the sale and distribution of wine.

3. Following the Arizona Legislature's action in its current session on the pending legislation concerning the sale and distribution of wine and the expiration of the stay provided for herein, Plaintiffs shall have the consent of Defendant and the Intervenor-Defendant to amend the Amended Complaint to address changes in the relevant statutory provisions (if any) affecting the Plaintiffs' claims in the Amended Complaint.

4. Following the Arizona Legislature's action in its current session on the pending legislation concerning the sale and distribution of wine and the expiration of the stay provided for herein, and subsequent to the Plaintiffs' filing of an amended Amended Complaint (if any), counsel for the parties shall agree upon a new briefing schedule for the Rule 12 motions and cross-motions to the extent that there remains any issue as to which the parties wish to make a Rule 12 motion or cross-motion. Such revised briefing schedule shall be subject to the approval of this Court.

DOCSNY.180659.1

1  5. All other provisions of the January 4th Order, including the stay of all
2  discovery, shall remain in effect.
3
4  Dated this __ day of January, 2006

5  By: s/ Kent M. Nicholas, Esq.            By:s/ Kevin O'Malley
   Kent M. Nicholas, Esq.                   Kevin E. O'Malley (006420)
6  Kent M. Nicholas Attorneys At Law        Gallagher & Kennedy, P.A
   40 North Center Street, Suite 202        2575 East Camelback Road
7  Mesa, AZ 85201-7300                      Phoenix, Arizona 85016-9225

8                                                    - and -

9  By:s/ James A. Tanford                   By: s/ Deborah A. Skakel
   James A Tanford, Esq.                    Deborah A. Skakel (admitted pro hac vice)
10 Indiana University School of Law         Dickstein Shapiro Morin & Oshinsky LLP
   211 South Indiana Avenue                 1177 Avenue of the Americas
11 Bloomington, IN 47405                    New York, New York 10036-2714

12 Attorneys for Plaintiffs                 Attorneys for Intervenor-Defendant
13 Black Star Farms, L.L.C., John Norton,   Alliance Beverage Distributing Company,
   Gary Frisch, Michelle Frisch, David      LLC
14 Monheit, and Melissa Monheit

15 By: s/ Christopher A. Munns
   Christopher A. Munns, Esq.
16 Assistant Attorney General
   State of Arizona Office of Attorney General
17 1275 West Washington Avenue
18 Phoenix, AZ 85007-2926

19 Attorney for Defendant
   Leesa Berens Morrison, in her official
20 capacity as Director of the State of Arizona
   Department of Liquor Licenses and Control
21
22
23
24
25
26
27
28

DOCSNY.180659.1

3

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| BLACK STAR FARMS, L.L.C., JOHN NORTON, GARY FRISCH, MICHELLE FRISCH, DAVID MONHEIT, AND MELISSA MONHEIT, | Case No. CV-05-2620-PHX-MHM |
| Plaintiffs, | |
| vs. | ORDER |
| LEESA BERENS MORRISON, in her official capacity as Director of the State of Arizona Department of Liquor Licenses and Control, | |
| Defendant, | |
| and | |
| ALLIANCE BEVERAGE DISTRIBUTING COMPANY, LLC, | |
| Intervenor-Defendant. | |

Pursuant to the Order of this Court, dated January 4, 2006, and the stipulation of the parties,

IT IS HEREBY ORDERED AS FOLLOWS:

1. All proceedings, including the filing of the motions and cross-motions described in the Court's January 4, 2006 Order (the "January 4th Order") shall be stayed until May 1, 2006.