IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH HURLEY, KAREN G. WRIGHT, and STEPHEN WRIGHT, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 05-826-SLR ) ) |
| RUTH ANN MINNER, M. JANE BRADY, and JOHN CORDREY, | ) ) ) |
| Defendants. | ) |

**O R D E R**

At Wilmington, this 26th day of September, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion to dismiss (D.I. 5) is granted.

2. Defendant's motion to stay proceedings (D.I. 7) is denied as moot.

                                                                _/s/ Sue L. Robinson_
                                                           United States District Judge