IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH HURLEY, KAREN G. <br> WRIGHT, and STEPHEN WRIGHT, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN CORDERY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 05-826-SLR <br> ) <br> ) <br> ) <br> ) |

**SCHEDULING ORDER**

At Wilmington this ⎯⎯ day of April 2007, having conferred with the parties in this case;

IT IS ORDERED that:

1. Defendant shall file an answer to the complaint on or before **May 25, 2007.**

2. All discovery shall be completed on or before **September 28, 2007.**

3. All summary judgment motions shall be served and filed with an opening brief on or before **October 31, 2007.**  Briefing shall be pursuant to D. Del. LR 7.1.2.  No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

4. Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the**

statement required by D. Del. LR 7.1.1.

United States District Judge