UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH HURLEY, et al. ) | |
| ) | |
| *Plaintiffs*, ) | 1:05-cv-826-SLR |
| ) | |
| vs. ) | |
| ) | |
| JOHN CORDERY ) | |
| ) | |
| *Defendants*. ) | |

**ORDER**

This matter is before the Court on Defendants' Motion for Extension of Dates in the Scheduling Order dated April 25, 2007. The Court has been fully informed and has considered the pleadings on this issue submitted by both parties.

IT IS ORDERED that the Defendant is given an extension of time until October 15, 2007, to respond to discovery requests from the Plaintiffs.

IT IS FURTHER ORDERED that the defendant's motion is in all other respects denied, and the parties shall adhere to the deadlines set in the Court's Scheduling Order dated April 25, 2007.

This the _____ day of _____, 2007

_____
Hon. Sue L. Robinson
U.S. District Judge