UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH HURLEY, and <br> KAREN G. WRIGHT AND STEPHEN WRIGHT, <br> d/b/a WRIGHT WINE WORKS, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN CORDERY, Delaware Alcoholic <br> Beverage Control Commissioner, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ No. 05-826-SLR <br> ) <br> ) <br> ) |

## ORDER

**WHEREAS** after consideration of the arguments raised in Defendant Cordrey's Motion for Extension of Dates in the Scheduling Order dated April 25, 2007,

**IT IS SO ORDERED** this 10th day of October, 2007, that the Defendant's Motion is hereby granted and the Scheduling Order will be modified as follows:

1. All discovery shall be completed on or before December 28, 2007.

2. All summary judgment motions shall be served and filed with an opening brief on or before January 31, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than ten (10) days from the above date without leave of the court.

Defendant's Answer date and other requirements set forth in the Scheduling Order previously issued in this case will remain in effect.

_____
Honorable Sue L. Robinson
United States District Judge