UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JOSEPH HURLEY, et al.          )
                               )
       *Plaintiffs*,           )     1:05-cv-826-SLR
                               )
       vs.                     )
                               )
JOHN CORDERY                   )
                               )
       *Defendant*             )

---

STIPULATION OF DISMISSAL OF KAREN G. AND STEPHEN WRIGHT,
d/b/a WRIGHT WINE WORKS, AS CO-PLAINTIFFS

Come now the parties by counsel, pursuant to Fed. R. Civ. P. 41(a), and stipulate that Karen G. Wright and Stephen Wright, d/b/a Wright Wine Works, are hereby dismissed as co-plaintiffs in this action. The dismissal is with prejudice.

November 26, 2007              Respectfully submitted,

                               ATTORNEYS FOR PLAINTIFFS:

                               /s/ James R. Folsom
                               James R. Folsom (Del. Atty no. 2739)
                               1324 King St.
                               Wilmington DE 19801
                               Tel. (302) 658-2666
                               delawareattorney@aol.com

                               Robert D. Epstein
                               EPSTEIN COHEN DONAHOE & MENDES
                               50 S. Meridian St., Suite 505
                               Indianapolis, IN   46204
                               Tel: 317-639-1326
                               Fax: 317-638-9891
                               rdepstein@aol.com

1

James A. Tanford
Indiana University School of Law
211 South Indiana Avenue
Bloomington, IN   47405
Tel:  812-855-4846
Fax:  812-855-0555
tanford@indiana.edu


ATTORNEY FOR DEFENDANT:

s/ Laura Gerard          Dec. 13, 2007
Laura Gerard (Del. Atty no. 3202)
Deputy Attorney General
820 N. French St., 6th floor
Wilmington DE  19801
Laura.Gerard@state.de.us