UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH HURLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:05-cv-826-SLR |
| JOHN CORDERY, Delaware Alcoholic ) | |
| Beverage Control Commissioner, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

The Parties, by and through their undersigned counsel, hereby stipulate that the above-captioned action is hereby dismissed with prejudice in its entirety, with each party responsible for its own costs and fees.

ATTORNEYS FOR PLAINTIFF HURLEY:

/s/ James A. Tanford
James A. Tanford
Indiana School of Law
211 South Indiana Ave.
Bloomington, IN 47405
(812) 855-4846
tanford@indiana.edu

Dated:  January 7, 2008

Robert D. Epstein, Esq.
Epstein, Cohen, Donahoe & Mendes
50 S. Meridian St., Suite 505
Indianapolis, IN 46204
(317) 639-1326
rdepstein@aol.com

James R. Folsom, Esq. (DE I.D #2739)
1324 King St.
Wilmington, DE 19801
(302) 658-2666
delawareattorney@aol.com

ATTORNEY FOR DEFENDANT:

/s/ Laura L. Gerard
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
State of Delaware, Dept. of Justice
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
laura.gerard@state.de.us

Dated:  January 7, 2008